

# Missouri Court of Appeals
## Southern District

**JUNE 8, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.     Case No.  SD33593

     Re:     FARON R. COLLINS,
          Movant-Appellant,
          v.
          STATE OF MISSOURI,
          Respondent-Respondent.